Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-12393-BFK |
| | ) | |
| BGF Services, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CONSENT TO SHORTENING OF TIME

Comes now WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust ("WCP"), by and through undersigned counsel, and gives notice of its consent to the shortening of time requested by BGF Services, LLC (the "Debtor") in a motion of even date (DE # 26).

Respectfully submitted,

Dated: January 8, 2021

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I, LLC*

I HEREBY CERTIFY that on this 8th day of January, 2021, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to, *inter alia*:

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
*Counsel for the Debtor*

/s/ Maurice B. VerStandig
Maurice B. VerStandig