United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In Re:  
BGF Services, LLC  
    Debtor.

BCN#: 20-12393-BFK  
Chapter: 11

Notice of Appearance

The undersigned hereby appears in these Chapter 11 Bankruptcy Proceedings as Counsel for CSMC 2018-SP2 Trust and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,  
LOGS Legal Group LLP

By: ___/s/ Mary F. Balthasar Lake

Malcolm B. Savage, III, Esquire  
VSB #91050  
William M. Savage, Esquire  
VSB #26155  
Mary F. Balthasar Lake, Esquire  
VSB #34899  
Gregory N. Britto, Esquire  
VSB #23476  
LOGS Legal Group LLP  
501 Independence Parkway, Suite 203  
Chesapeake, Virginia 23320  
(703) 449-5800

CERTIFICATE OF SERVICE

I hereby certify that on the __15th___ day of __April___, __2021_ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Daniel M Press, Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101 | Debtor's Attorney |
| John P. Fitzgerald, III<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314 | US Trustee |

/s/ Mary F. Balthasar Lake
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
LOGS LEGAL GROUP LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
logsecf@logs.com      20-288188